PROB 12C  
(7/93)

Report Date: April 20, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew B. Lairmore                    Case Number: 2:09CR02066-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 12, 2010

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison - 41 Months; TSR - 36 Months |

Type of Supervision:  Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | Alexander Carl Ekstrom |
| Defense Attorney: | James Stewart Becker |

Date Supervision Commenced: April 13, 2012

Date Supervision Expires:  April 12, 2015

---

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #14**: You shall reside in a residential reentry center (RRC) for a period of up to 90 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer. |
| | **Supporting Evidence**: As required by the rules of the RRC, all offenders must complete a physical within 5 days of placement within the facility as a condition of supervision. Mr. Lairmore has been a resident of the Spokane RRC since October 18, 2011. However, on April 13, 2012, Mr. Lairmore's status at the RRC changed from a Bureau of Prisons' inmate to a public law placement as a condition of supervision. RRC staff scheduled a physical for Mr. Lairmore on April 18, 2012. Upon notification that he was required to attend this physical, and that this was the last day in which he could complete this requirement and still reside at the RRC, Mr. Lairmore stated to staff that he was too tired to attend the physical, and refused staff's instructions. |
| | Accordingly, Mr. Lairmore was terminated from the RRC on April 19, 2012, at approximately 3 p.m., and was instructed to report to the U.S. Probation Office. As of the writing of this report, Mr. Lairmore has failed to report to the U.S. Probation Office as directed. |

Prob12C
Re:  Lairmore, Andrew B
April 20, 2012
Page 2

      2      **Standard Condition #6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

             **Special Condition # 16**: You shall live at an approved residence, and shall not change your living situation without advance approval of the supervising officer.

             **Supporting Evidence**: Mr. Lairmore was terminated from the RRC on April 19, 2012, at approximately 3 p.m., and was instructed to report to the U.S. Probation Office. Mr. Lairmore has failed to report to the U.S. Probation Office or to make any contact with this officer since his termination from the Spokane RRC. Currently, his whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/20/2012

s/M. D. Elvin

M.D. Elvin
Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

04-20-2012
Date