PROB 12C  
(7/93)

Report Date: December 5, 2014

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Andrew Boyd Lairmore          Case Number: 0980 2:09CR02066-001

Address of Offender: Transient, Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 12, 2010

| | |
|---|---|
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) |
| Original Sentence: | Prison 41 months<br>TSR - 36 months |

Type of Supervision: Supervised Release

| | |
|---|---|
| Asst. U.S. Attorney: | TBD |
| Defense Attorney: | Alison Klare Guernsey |

Date Supervision Commenced: July 24, 2012

Date Supervision Expires: April 23, 2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Mr. Lairmore failed to report to the U.S. Probation Office on November 19, 26, and December 3, 2014.<br><br>Mr. Lairmore declared he was homeless, therefore, he was instructed to report to the U.S. Probation Office every Wednesday of each week. Mr. Lairmore last reported to the probation office on November 12, 2014. Mr. Lairmore has failed to report to the probation office as instructed. |
| 2 | **Special Condition #17**: You shall actively participate and successfully complete an approved state-certified sex offender treatment program. You shall follow all lifestyle restrictions and treatment requirements of the program. You shall participate in special testing in the form of polygraphs, in order to measure compliance with the treatment program requirements. You shall allow reciprocal release of information between the supervising officer and the treatment provider. You shall pay for treatment and testing according to your ability. |

Prob12C
**Re: Lairmore, Andrew Boyd**
**December 5, 2014**
**Page 2**

       **Supporting Evidence**: Mr. Lairmore failed to report for sex offender counseling at Alliance Counseling on November 19, 26, and December 3, 2014.

       According to Mr. Lairmore's sex offender therapist, he was a no call/no show for his counseling appointments on the above noted dates.

3    **Special Condition #20**: You shall register as a sex offender, according to the laws of the state in which you reside, are employed, or are attending school. You shall provide verification of compliance with this requirement to the supervising officer.

       **Supporting Evidence**: Mr. Lairmore has failed to report to the Yakima County Sheriff's Office on November 19, 26, and December 3, 2014.

       Mr. Lairmore has declared he is homeless to the Yakima County Sheriff's Office. He in turn is required to check in every Wednesday of each week. Mr. Lairmore has failed to report as required at the Yakima County Sheriff's Office on the dates noted above.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 5, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

12/5/2014

Date